IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STEVEN LATREL HOUSTON, JR.**                                                              **PLAINTIFF**

**VERSUS**                                                **CIVIL ACTION NO. 1:21-CV-290-RPM**

**MIKE EZELL and TYRONE NELSON**                                          **DEFENDANTS**

## **FINAL JUDGMENT**

In accordance with the requirement for a separate document under Federal Rule of Civil Procedure 58(a), and in light of the Court's Memorandum Opinion and Order of Dismissal entered on the 31st of March, the Court hereby enters its Final Judgment in this civil action.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED,** this 31st day of March 2023.

                                                    /s/ *Robert P. Myers, Jr.*
                                                    ROBERT P. MYERS, JR.
                                                    UNITED STATES MAGISTRATE JUDGE